In the Matter of the Application for Letters, etc., on Goods, etc., of Katharine Sturtzkober, Deceased. — Order affirmed, with ten dollars costs

and the disbursements to be paid personally by the appellant. Opinions by Daniels, J., and Van Brunt, P. J.